UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAY PAANA, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | No. 2:21-cv-00505 AC <br><br><br> ORDER TO SHOW CAUSE |

Plaintiff filed a complaint March 19, 2021. ECF No. 1. That same day, a scheduling order was issued in this case ordering the plaintiff to submit a consent/decline form regarding magistrate judge jurisdiction by June 21, 2021. ECF No. 4. The case was otherwise stayed pursuant to G.O. 615. Plaintiff did not submit the required form. On June 23, 2021, the court ordered plaintiff to submit the form no later than July 7, 2021 and explained that this deadline must be adhered to even though the case was otherwise stayed. ECF No. 6. Plaintiff still did not submit the form.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than July 21, 2021, why this action should not be dismissed for failure to prosecute;
2. Plaintiff's filing of a consent/decline form will be deemed good cause shown; and
3. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: July 12, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE