UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Jay Paana, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No: 2:21-cv-00505-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, April 27, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  03/25/2022 　　　　　　　　　　／ s ／ Joseph Fraulob
　　　　　　　　　　　　　　　　　　　　Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  03/25/2022 　　　　　　　　　　／ s ／ Tracey Wirmani
　　　　　　　　　　　　　　　　　　　　Tracey Wirmani
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

-2-

IT IS ORDERED.

Dated: March 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE