Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Jay Paana, Sr.,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Civil Action No: 2:21-cv-00505-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, May 27, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  04/27/2021                              / s / Joseph Fraulob
                                                Joseph C. Fraulob
                                                Attorney for Plaintiff

Dated:  04/27/2021                              / s / Tracey Wirmani
                                                Tracey Wirmani
                                                Special Assistant U.S. Attorney
                                                Attorney for Defendant

1  The parties' stipulation is approved.  Plaintiff's Motion for Summary Judgment is due by May 27, 2022

2

3  IT IS ORDERED.

4  Dated:  April 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE