1   PHILLIP A. TALBERT
    United States Attorney
2   WILLY M. LE
    Acting Regional Chief Counsel, Region VI
3   PETER K. THOMPSON, of Counsel
    Acting Regional Chief Counsel, Region IX
4   Social Security Administration
    TRACEY WIRMANI, TXBN 24088661
5   Special Assistant United States Attorney
6          Office of the General Counsel – Suite 350
           Social Security Administration
7          1301 Young Street, Mailroom 104
           Dallas, Texas 75202
8          Telephone: (214) 767-4529
           E-Mail: tracey.wirmani@ssa.gov
9   Attorneys for Defendant
10
                    UNITED STATES DISTRICT COURT
11
                   EASTERN DISTRICT OF CALIFORNIA
12
                        SACRAMENTO DIVISION
13

14
    RONALD JAY PAANA, SR.,              )   Case No.: 2:21-cv-00505-DMC
15                                      )
              Plaintiff,                )   STIPULATION AND ORDER FOR AN
16                                      )   EXTENSION OF TIME
                                        )
          vs.                           )
17  KILOLO KIJAKAZI,                    )
    Acting Commissioner of Social Security, )
18                                      )
                                        )
19            Defendant.                )
                                        )
20  _____ )

21       Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for

22  Summary Judgment be extended thirty (60) days from July 11, 2022, up to and including

23  September 9, 2022.  This is the Defendant's first request for an extension.

24       As this Court no doubt knows, Social Security case filings in federal court increased

25  significantly in the past year.  The increased filings, compounded by COVID-related delays in

26  transcript production and attorney attrition, have resulted in an increased workload and

27  competing deadlines.  Due to these reasons, this case has been transferred from the Region IX

28  Office for the Office of General Counsel to the Region VI Office for the Office of General

1   Counsel.  The newly assigned attorney is prioritizing this case for completion while actively

2   handling at least 25 district court cases and other assigned workload demands, including

3   jurisdictional coordinator duties, attorney fee coordinator duties, and appellate workload duties.

4          The parties further stipulate that the Court's Scheduling Order shall be modified

5   accordingly.

6

7                                              Respectfully submitted,

8   Dated:  July 8, 2022                       */s/ Joseph Clayton Fraulob*
                                               (*as authorized by Fiona Harris via telephone on
9                                              July 7, 2022)[1]
                                               JASON CLAYTON FRAULOB
10                                             Attorney for Plaintiff

11

12  Dated: July 8, 2022                        PHILLIP A. TALBERT
                                               United States Attorney
13
                                               WILLY M. LE
14                                             Acting Regional Chief Counsel, Region VI

15
                                               PETER THOMPSON
16                                             Acting Regional Chief Counsel, Region IX
                                               Social Security Administration
17

18                                      By:    */s/  Tracey Wirmani*
                                               TRACEY WIRMANI
19                                             Special Assistant U.S. Attorney

20                                             Attorneys for Defendant

21

22

23

24

25

26

27  ───────────────────────
    [1] The undersigned contacted Mr. Fraulob's law firm via telephone on July 7, 2022.  Mr.
28  Fraulob's assistant, Fiona Harris, indicated that he is out of town this week.  However, she was
    able to authorize this stipulation on his behalf.

1

## **ORDER**

2          Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

3    extension, up to and including September 9, 2022, to respond to Plaintiff's Motion for Summary

4    Judgment.

5

6          Dated:  July 19, 2022

7                                                                    _____
                                                                     DENNIS M. COTA
8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28